UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                v.

SAAN THOMPSON,

                Defendant.

**DECISION AND ORDER**

20-CR-109-A

    This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 12, 2021, defendant Saan Thompson appeared before Magistrate Judge Schroeder and entered a plea of guilty to Count 1 of the Superseding Indictment charging the defendant with conspiracy to possess with intent to distribute, and to distribute, 500 grams or more of cocaine in violation of 21 U.S.C. § 846.

    Magistrate Judge Schroeder issued a Report and Recommendation (Dkt. No. 94) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

    **ORDERED** that, upon review of the transcript of the January 12, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Thompson's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Thompson's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 94. Sentencing is scheduled for July 16, 2021 at 12:30

pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

*s/Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: April 8, 2021